AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Michael Z. Spitulnik (312) 353-8788

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | **Under Seal** |
|---|---|
| v. | CASE NUMBER: 26 CR 392 |
| MLORD WASHINGTON a/k/a "Christan Dupree" | |

**FILED** **TG**
7/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

**Count One**

On or about March 14, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2251(a) | knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce |

This criminal complaint is based upon these facts:

    X   Continued on the attached sheet.

/s/ Laurie Boskovich

LAURIE BOSKOVICH
Special Agent, Federal Bureau of Investigation
(FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: July 17, 2026

_____
*Judge's signature*

City and state: Chicago, Illinois

KERI L. HOLLEB HOTALING,
U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, LAURIE BOSKOVICH, being duly sworn, state as follows:

I, Laurie Boskovich, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately September 2017.

2.      As part of my duties as an FBI Special Agent, I investigate criminal violations relating to child exploitation and child sexual abuse material (CSAM)[1], including violations pertaining to the illegal distribution, receipt, and possession of CSAM, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation, and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I also have participated in the execution of multiple federal search warrants, many of which have involved child exploitation and/or CSAM offenses.

3.      This affidavit is submitted in support of a criminal complaint alleging that MLORD WASHINGTON ("WASHINGTON") has violated Title 18, United States Code, Section 2251(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging WASHINGTON with production of child pornography, I have not included each and

---

[1] CSAM is also known as "child pornography," which is the term used in the federal statutes.

every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and circumstances described herein, interviews of WASHINGTON, a review of reports provided by other law enforcement agencies, and interviews of WASHINGTON's victim, Minor 1.

## I. FACTS SUPPORTING PROBABLE CAUSE

5. In summary, and as detailed below, MLORD WASHINGTON, using the X[2] account "toebuyer2025" (the "Subject Account"), communicated with 16-year old Minor 1 and requested Minor 1 pose and send to WASHINGTON sexually explicit photographs of Minor 1 on or about March 14, 2025. Upon receiving these photographs through X's direct messaging feature, WASHINGTON then demanded Minor 1 send him money and threatened to post the nude images of Minor 1 if Minor 1 did not comply. When Minor 1 advised that she was unable to provide money because she did not have any, WASHINGTON instructed Minor 1 to video call him via Facetime, and, while on the Facetime call, instructed Minor 1 via text message to engage in further sexually explicit conduct. Minor 1 complied and engaged in sexual acts through FaceTime on or about March 14, 2025.

---

[2] X was formerly known as Twitter. I know from my training and experience and the training and experience of other law enforcement officers that X is a social media platform, accessed over the Internet, that, among other features, allows users to direct message or private message other users and share messages, including video and image files.

### A. WASHINGTON's Communications with Minor 1 on X and Production of Child Pornography

6.       In February 2026, United States Magistrate Judge Heather K. McShain signed a search warrant for WASHINGTON's Subject Account. 26 M 70. According to the X return, WASHINGTON, using the Subject Account, communicated with Minor 1 between March 12 and March 14, 2025.

7.       In summary, Minor 1 messaged the Subject Account inquiring about "a comment of yours about selling feet pics." WASHINGTON, using the Subject Account, directed Minor 1 to send him photographs of her feet and claimed he was paying per photograph. WASHINGTON's requests shifted from photographs of Minor 1's feet with her face visible then to photographs of Minor 1 topless with her feet pictured. Specifically, he requests she sit "like this" and sends several images, one of which is captured below. WASHINGTON offered Minor 1 payment for these images. Minor 1 complied with his requests.



8.       Then, as detailed in the excerpt below, WASHINGTON, using the Subject Account, requested Minor 1 first send WASHINGTON $25 before

3

WASHINGTON would pay Minor 1 for the photographs she had previously sent to him. When Minor 1 stated she did not have the money to do so, WASHINGTON, using the Subject Account, directed Minor 1 to send an image with her "panties off." As referenced below, WASHINGTON refers to the "this with panties off" and is referring to the photograph he previously provided in their conversation (identified in the previous paragraph). The excerpts below are from on or about March 14, 2025 and I believe are part of the same conversation.

| WASHINGTON (Subject Account) | Ok love, since it's my first time buying from you I do ask a returnable deposit of $25 that is sent back with your payment for the total of $375. The deposit is to help ensure trust between so that when I pay upfront next time I can trust you not to run off with the money |
| --- | --- |
| Minor 1 | i dont have $25...And you dont have to pay up front...I can always jusg send pics first |
| WASHINGTON | Sorry but I ask everyone for the 25 |
| WASHINGTON | Can you just do a pic to cover it |
| Minor 1 | i dont have $25 , are you able to just pah me for what i already sent ? |
| WASHINGTON | **This with panties off to skip the 25 and be paid** |
| Minor 1 | oookay let me finish eating |
| WASHINGTON | How long? I have to leave soon |
| Minor 1 | is it fine is ots unshaven...5 min ? |
| WASHINGTON | It's fine |
| Minor 1 | **Is this okay** **[Victim 1 sends image file 1900585158673064109-g9dkYzyj.jpg,** which depicts Victim 1's face and nude body. She is sitting on the floor with her feet spread apart and held up next to her |

4

| | |
|---|---|
| | head. Her vagina is visible in the image and a focus of the image.] |
| WASHINGTON | Perfect |
| WASHINGTON | One second |
| WASHINGTON | I'll text your number |
| WASHINGTON | Texted you |

## B. *Identification MLORD WASHINGTON*

9. As detailed below WASHINGTON is the user of the Subject Account, and the iCloud account and telephone number that communicated with Minor 1.

10. According to X's records, the Subject Account was created on or about January 16, 2024, and the email account associated with the Subject Account is hfxbuyer█████████.com. According to ██████████'s records, MLORD WASHINGTON is subscribed to the hfxbuyer██████████.com account.

11. According to X's records, the email address shin██████████@icloud.com was associated with an X account created on or about February 27, 2025, with the username "washington85606" and account display name "Mlord Washington."

12. According to Apple's records for shin██████████@icloud.com, MLORD WASHINGTON is subscribed to this account and created it on or about February 23, 2025. The address listed is "███ south 11tg" [sic]. WASHINGTON's Illinois state-issued driver's license lists his address as ███ S. 11th Avenue, Maywood, IL 60153 (the 11th Ave Residence), which is in the Northern District of Illinois. Based on my training and experience, I believe the address listed for the Apple subscriber information is referring to the same as WASHINGTON's, but with a typographical error.

13.     According to AT&T records, MLORD WASHINGTON was subscribed to telephone number 708-XXX-6139 from January 20, 2025, through April 11, 2025. This is the telephone number that communicated with Minor 1 on or about March 15, 2025.

14.     According to Apple's records, iCloud account mlordwash604███████.com was created on October 23, 2025. The address(es) listed are ███ south 11th Ave and 22██ n harlem ave. An iPad, serial number GP6X9Y1X6T, is registered to the shin█████████@icloud.com iCloud account and the ████████████████.com iCloud account. As detailed below, this iPad was found in WASHINGTON's residence on July 16, 2026.

15.     According to records from DoorDash for any accounts associated with shin█████████@icloud.com, MLORD WASHINGTON is subscribed to a DoorDash account. The phone number associated with the account is 708-XXX-6139, WASHINGTON's number, and the physical addresses associated with the account are on the 2200 block of N. Harlem Avenue in Elmwood Park, IL,[3] and an address on the 600 block of Linden Avenue in Bellwood, IL (the Linden Residence), both of which are in the Northern District of Illinois. A means of payment listed for the DoorDash account is VISA card ending in 1958.[4]

---

[3] Based upon my review of the records, I believe that WASHINGTON uses Elmwood Park and Chicago interchangeably.

[4] DoorDash provided partial redactions to the credit card number but included the first six digits as well as the final four digits.

16. According to X's records, the user of the Subject Account sent an unidentified individual his full credit card number (the 1958 number). The credit card number provided was consistent with the DoorDash credit card's 10 provided digits.

17. According to records from Bancorp Bank for VISA card ending in 1958, telephone number 708-XXX-6139 was the primary phone listed on the account on February 1, 2025, and the address 22██ N. Harlem Avenue, Chicago, IL 60707 was the address listed on the account on April 2, 2025. Further review of the records indicates that on March 13, 2025, the day before the **Subject Offense,** the account was used at a restaurant located in Melrose Park, IL, which is in the Northern District of Illinois.

18. A query of law enforcement databases for the Linden Residence revealed that WASHINGTON may have been associated with this residence from February 2023 to March 2025. Also, according to law enforcement databases, WASHINGTON was associated with the 11th Avenue Residence from June 2019 to April 2025. Information provided from ComEd revealed that WASHINGTON is the subscriber of utility services at 22██ N. Harlem Avenue, ██████ Chicago, IL 60707. The start date for the ComEd account was March 19, 2025.

19. According to Minor 1's phone and records from TextNow Inc., phone number 504-XXX-8935 had approximately 27 bi-directional text message communications with Minor 1 on March 14, 2025, the day after Minor 1 first made contact with the Subject Account. Records from TextNow Inc., for phone number 504-XXX-8935 from March 6 to March 21, 2025, indicate this number was assigned to

username chrislevi09090 and email address chrislevi0909@ ███ .com. According to ███ 's records for chrislevi0909@ ███ .com, this account is subscribed to by "Mlord Wahsingto" (believed to be a typographical error of WASHINGTON's name) and was created on December 16, 2024.

20. Based on review of the X messages, WASHINGTON told Minor 1 his Instagram account was "Christandupree". According to records from Meta Inc., Instagram account "Christandupree" was created on September 6, 2013. On December 26, 2019, email address mrmlord@ ███ .com was registered and verified to the Instagram account. According to records from ███ for email address mrmlord ███ .com, this account is subscribed to by Mlord Washington and was created on February 14, 2010.

## C. Minor *1's Interview & Contents of Minor 1's Cell Phone*

21. On or about July 7, 2025, Minor 1 participated in a Child and Adolescent Forensic Interview (CAFI). Minor 1's account was consistent with the X communications between WASHINGTON and Minor 1. In summary, Minor 1 provided the following information in the interview:

22. Minor 1 reported that, at the time of communicating with the Subject Account outlined herein, Minor 1 had an X account that expressly listed Minor 1's age (16) in the biography section of Minor 1's X profile. Minor 1 had a public profile at this time, so any users viewing Minor 1's profile could see Minor 1's biography, where she had posted her age.

23. Minor 1 first saw the subject Account on X on or about March 13, 2025. The Subject Account generally solicited photographs of feet for purchase. Minor 1 recalled observing what appeared to be advertisements for purchasing feet pictures, accompanied by screenshots of money exchanges. Although the Subject Account's profile included a photograph, it was a fictional character from an animated science fiction sitcom. Minor 1 believed the Subject Account was legitimate based on the profile. Minor 1 messaged the user of Subject Account through X's direct messaging feature that stating she was interested in making money.

24. The Subject Account first asked only for photos of Minor 1's feet, which she provided via X's direct messaging feature. The Subject Account then asked for topless photos of Minor 1, which she also provided via X's direct messaging feature. At this time, Minor 1 believed she was going to be paid for the photos she was providing to the Subject Account's user. The Subject Account continued asking for photos through X's direct messaging feature, including a photo of Minor 1 sitting on the floor, fully nude, with her feet by her head, which she provided at his request. Minor 1 still believed she was going to receive money for the content she provided, but had not yet received any. Minor 1 asked the user of Subject Account if he was going to pay her for the provided content.

25. The Subject Account told Minor 1 that she needed to send him $25, which he would send back to Minor 1 when he provided the $650 payment for her photos. Minor 1 told the Subject Account that she was unable to provide the $25 because she did not have any money.

9

26. Still via X direct messaging, the Subject Account then sent Minor 1 back a nude photograph that she had previously sent the Subject Account, which the Subject Account had altered to include identifying information about Minor 1, including her name, school, address, and information about those close to her.[5] The Subject Account said he was going to send the altered photo to her social media friends if she did not send him $25, advising Minor 1 that he knew her Instagram account. The Subject Account advised Minor 1 that she could make up for the $25 payment by video calling with him on FaceTime. The Subject Account provided Minor 1 with his iCloud email.[6]

27. The user of Subject Account FaceTime called Minor 1 and told her to follow his requests. Minor 1 was unable to observe anything about the Subject Account user because the Subject Account user did not have his camera turned on. Additionally, the Subject Account user provided instructions through text messages, rather than verbally, so Minor 1 did not hear the Subject Account user's voice during these video calls. In summary, the user of Subject Account instructed Minor 1 to get naked and touch herself in a sexual manner. Minor 1 asked the user of Subject

---

[5] According to information provided in Minor 1's CAFI, and a review of search warrant returns for the Subject Account, the information that Minor 1 provided to WASHINGTON included her full name, telephone number, email address, Instagram account, and Snapchat account. This indicates that WASHINGTON found the following information himself: school; address; and information about Minor 1's network.

[6] An iCloud account can be used to sync phone and FaceTime data. When an iCloud account is set up for Phone & FaceTime, the Phone data—like call history and carrier voicemails—is securely stored in the cloud along with FaceTime data—like call history and video messages. If FaceTime calls are showing an iCloud email instead of a phone number, it is because the FaceTime caller ID is set to an Apple ID email rather than a phone number.

Account to not leak her images, and, in response, the Subject Account's user reminded Minor 1 that Minor 1 knew what he had and knew what he would do, and that he was not scared to leak Minor 1's images. Minor 1 did not want her images released, so she continued to follow the Subject Account user's instructions during the FaceTime call, which included penetrating her vagina with an object.

28. Minor 1 advised that she deleted the images that she sent to the Subject Account but was able to recover screenshots she took of some of their message exchanges from X direct messages and texting. Based on a review of Minor 1's cell phone[7], the screenshots corroborate Minor 1's account. Specifically, the FBI observed a screenshot of the Subject Account that depicts the main X profile page for the Subject Account with the display name of "Soleful Education" and username of "toebuyer2025" (the screenshot is below). The biography section of the profile states the account is "A page dedicated to showcasing the teachers who give their heart and "sole" to education! (buying feet pics)." A post is pinned at the top of the profile under the biography section, which states "A thread of some of my proof of payments," in which four conversations are included of an exchange of foot photos with Apple Cash payments immediately following.

29. Additionally, a screenshot recovered in Minor 1's cellular device depicts a screenshot of an undated iPhone text message chain between Minor 1 and WASHINGTON, using his iCloud account shin██████@icloud.com, in which Minor 1 requested that the user delete the images because they are "child porn." The

---

[7] Minor 1's parent provided consent to FBI to review Minor 1's cell phone.

11

user responds, "no deal." As detailed below, WASHINGTON is the subscriber of this iCloud account.

30. Further, Minor 1's phone showed that, on March 14, 2025, Minor 1 received incoming FaceTime video calls from telephone number 708-XXX-6139, WASHINGTON's telephone number. Specifically, there were three answered calls on March 14, 2025 that lasted approximately one minute and five seconds seven minutes and forty-one seconds, and two minutes and eight seconds, respectively.

### July 16, 2026, Search Warrant Execution and Noncustodial Interview of MLORD WASHINGTON

31. As described more fully below, on or about July 16, 2026, the FBI executed an authorized search of WASHINGTON's residence, the 22█ N. Harlem Ave. ███ Chicago, IL, and the person of Mlord Washington. ███████ █.

32. During the search, I interviewed Washington with an FBI Task Force Officer. During the interview, Washington made the following material admissions:

- Washington admitted that the email account hfxbuyer███ .com belonged to him and the name "hfx" was relevant to his previous job
- Washington said that the X account (formerly Twitter), "toebuyer2025", might have been an old account he used.[8]

---

[8] Washington later claimed that he could not have messaged from this account in March 2025 because he was homeless and did not have access to a phone.

- Washington initially said that he did not remember the iCloud account, shin█████████@icloud.com. I provided information that the FBI received from Apple regarding the shin█████████@icloud.com account, including the subscriber name Mlord Washington and the address ██ S. 11th Avenue, Maywood, IL, Washington then said he must have used this account to play a game, and that ███ S. 11th Avenue in Maywood was an old address of his.

- Washington admitted that "Christan" and "Dupree" are two of his middle names.

- Washington stated that he had one iPad in the residence, and utilized his fingerprint biometric to open the iPad.[9]

33.     During the interview, WASHINGTON admitted that hfxbuyer@█████.com was an email that belonged to him. He also admitted that "toebuyer2025" may have been a X account he previously used. He claimed that he did not use the home internet connection at 22██ Harlem Ave., █████ Chicago, IL because he used his device's cellular data. Washington also admitted that the Instagram account "Christandupree" was his Instagram account, but it got suspended. He also admitted that Christan and Dupree are two of his middle names.

34.     During the search, FBI agents conducted a manual review of a cell phone on WASHINGTON's person at the time of the search and observed images of

---

[9] The serial number for Washington's iPad is GP6X9Y1X6T.

age-indeterminate post-puberty females posed in various stages of undress with their feet displayed in the pictures. At least eight images of age-indeterminate females[10] posed nude with their legs lifted so their feet were located near their head, and the camera pointed at their vaginas, were observed. This is similar to the position that WASHINGTON instructed Minor 1 to pose in in the March 14, 2025 images. Additionally, at least one photo included a post-puberty female posed in this manner with the typed name of a high school on it, consistent with Minor 1's description of the extortionate photo that was sent to Minor 1 to coerce Minor 1 to continue to create sexually explicit content for WASHINGTON. Also, on the phone, FBI agents found screenshots of the same proof of payment observed on WASHINGTON's Subject Account, as captured in a screenshot from Minor 1's phone. Also on the phone, FBI agents observed the same screenshot Washington sent to Minor 1 in paragraph 7, as an example instructing Minor 1 how to pose.

35. During the search of WASHINGTON's residence, FBI agents also found an iPad with serial number GP6X9Y1X6T in the home. This matches the iPad serial number that was registered to the shin███████@icloud.com account on or about March 11, 2025, one day before WASHINGTON began communicating with Minor 1.

## II. CONCLUSION

---

[10] These photos are age-indeterminate based upon initial review while in the field and executing a search warrant. That analysis may change upon further review and investigation of the photos.

14

36.     Based on the above information, there is probable cause to believe that WASHINGTON knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was transported and transmitted using any means of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

FURTHER AFFIANT SAYETH NOT.

/s/ Laurie Boskovich
_____
LAURIE BOSKOVICH
Special     Agent,     Federal     Bureau     of
Investigation

SWORN TO AND AFFIRMED by telephone July 17, 2026.

_____
Honorable KERI L. HOLLEB HOTALING
United States Magistrate Judge

15